IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:06cr95-MHT |
| DEXTER WAYNE SNIPE | ) | (WO) |

## OPINION

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today and after an independent and de novo review of the entire record, the court is of the opinion, for the reasons set forth in the recommendation, that the recommendation should be followed and the sentence for defendant Dexter Wayne Snipe reduced. An appropriate judgment will be entered.

DONE, this the 19th day of February, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**